**Appeal No. 15-1852**
(Application No. 09/795,210)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**HOLLY BROWN, KEN NOVAK and KIM GOELLNER**,
Appellants,

v.

**UNITED STATES PATENT AND TRADEMARK OFFICE**,
Appellee.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

## NOTICE OF CORRECTION TO BRIEF FOR APPELLANTS

Pursuant to the Practice Note accompanying Federal Circuit Rule 32, Plaintiff-Appellants Holly Brown, Ken Novak and Kim Goellner ("Appellants") notify the Court that an error is being corrected to Appellants' principal brief that was filed on September 21, 2015. After filing the brief, it came to Appellants' attention that there was one error that needed to be corrected. Specifically, the decision supporting this appeal was inadvertently omitted.

September 22, 2015          Respectfully submitted,

FAY SHARPE LLP


By <u>/s/ Mark D. Klinko</u>

    Mark D. Klinko
    Fay Sharpe LLP
    1228 Euclid Avenue
    Fifth Floor
    Cleveland, Ohio 44115
    (216) 363-9125
    mklinko@faysharpe.com

Attorney for Brown, Novak and Goellner

# **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 22nd day of September, 2015, I caused this NOTICE OF CORRECTION TO BRIEF FOR APPELLANTS **HOLLY BROWN, KEN NOVAK and KIM GOELLNER** to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Thomas W. Krause, Acting Solicitor
Office of the Solicitor, U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450
thomas.krause@uspto.gov

Coke Morgan Stewart, Associate Solicitor
Office of the Solicitor, U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450
coke.stewart@uspto.gov

Benjamin T. Hickman, Associate Solicitor
Office of the Solicitor, U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450
benjamin.hickman@uspto.gov

      I certify that on September 22, 2015, this NOTICE OF CORRECTION TO BRIEF FOR APPELLANTS **HOLLY BROWN, KEN NOVAK and KIM GOELLNER** was filed electronically using the CM/ECF system and served via the CM/ECF system on counsel for the other parties as follows:

                                    <u>/s/ Mark. D. Klinko</u>
                                    Mark D. Klinko